FILED
ASHEVILLE, NC

JUN 06 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

PRISONER CIVIL RIGHTS ACT COMPLAINT FORM
42 U.S.C. §1983
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Mark LEE Jones
(Enter above full name of Plaintiff/only
One plaintiff permitted per complaint.)

v.

CINdy haynes

BumGarner, Chorles J
ms. Turner South
~~ashabobasion~~

(Enter above full name of defendant or defendants.)

Case No. 1:25-cv-00166-FDW

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on an additional sheet of paper, using the same outline.
   1. Parties to previous lawsuits:
      Plaintiffs:
      _____
      _____

      Defendants:
      _____
      _____

   2. Court (if federal court, name the district; if state court, name the county):_____

   3. Docket number:_____

   4. Name of presiding judge:_____

   5. Disposition (for example, was the dismissed? Appealed? Is it still pending?)
      _____

   6. Approximate date of case filing:_____

II. PREVIOUS IN FORMA PAUPERIS LAWSUITS

A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed in forma pauperis (without prepayment of fees)?
Yes ( ✓ ) No ( )
1. Name the court and docket number for each:
U.S. District Court Western District of North Carolina (charlotte)
CIVIL Docket for CASE #: 3:25-cv-00158-MOC

B. Were any of these cases dismissed under 28 U.S.C. §1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted?
Yes ( ) No ( ✓ )
1. If yes, how many?

2. Name the court and docket number for each action:

III. EXHAUSTION OF INMATE ADMINISTRATIVE REMEDIES
A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure?
Yes ( ✓ ) No ( )

B. If your answer is Yes:
1. When did you file your grievance?

3/21/2025

2. What was your grievance?

A violation of my [Fourteenth Amend ; Eight Amend] Right to due process ;
when R.D.A Committe sanction myself and other inmates without going through the proper precedures.

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ( ✓ ) No ( )

If yes, when was the decision and what was the result?

The grievance board agreed with the facility descison Ignoring the fact that RDU did not follow Perredure as a NCDAC Commiitee. Due too them being "RDU" basically Showing favoritism

C. If your answer to A is no, identify the claim(s) and explain why not:

IV. **PARTIES**
   A. Plaintiff's Name:
   Mark lee Jones
   Address/Place of Confinement: 355 old Glenwood rd Marion, NC 28752

   B. Defendant(s)

   Name of Defendant 1: Cindy haynes (RDU warden/Head RDU disciplinary Committee)
   Position: R.D.U Warden
   Place of Employment: Marion Correctional Institution
   Current Address: 355 Old Glenwood Rd, Marion NC 28752

Additional Defendant(s) provide name, position, place of employment, and current address for each.

   Defendant 2: Charles J. BumGarner (RDU Director 1/RDU disciplinary committee)
   Marion Correctional Institution
   355 old Glenwood Rd, marion NC 28752

   Defendant 3: Turner South (RDU Director 2/RDU disciplinary Committee)
   Marion Correctional Institution
   355 old Glenwood Rd, Marion NC 28752

   Defendant 4: _____

(Continue on separate sheet if necessary.)

V. **STATEMENT OF CLAIM**
   State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section IV B. above is personally involved in depriving you of your rights. All relevant times, dates, and places should be included. YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach additional sheets if necessary.)

Inmate(s) are Given unauthorized Sanction day(s) without being Notified of a hearing by the RDU Committe too Challenge any and every allegation being attempted on them. The purpose of the Notice is "to Inform the inmate" of the charge and enable him to marshall the facts and prepare a defence. Accordingly, the prisoner must be allowed to retain possession of the Notice pending the hearing. The RDU Committee mention(Above) Imposed a punishment of Sanction days without myself being Notified by(Notice of 24 hours) by the R.D.U Committee. I have been punished by(D.H.o Committee) and(RDU committe), then recommended for Icon by the (R.D.U Committee) automatically Starting the program over for me. By the (R.D.U Committee) Authorizing these sanction without following proper(Disciplinary proceedings) Violated my(Fourteenth Amendment). Law States "Disciplinary proceeding may be conducted by a single hearing officer or Committee." In this case. Neither R.D.U hearing officer or RDU committee Conducted the procedures properly. (Cosby v. purkett, 782 F. supp. 1324, 1330-31 (E.D. Mo. 1992). The R.D.U Committee can not produce any documentation

or Evidence. Prooving or stating "that I was present In front of they're Committee to Challenge or defend myself of any allegation or Sanction that were Imposed by them Illegally". Not only myself but other Inmates Such as (Khalil Stacks 1464117, and Damitri Mitchell 1309219) were also viticims of this Illegal Act and wrote Grievances on this Same matters my legal witness(es) "R.D.U." feels Because they are a program funded by the (A.C.A) they have no Right to follow (N.C D.A.C policy & Procedures) OR (Disciplinary proceeding) So they choose to go by they're own policy and Sentence offender(s) Illegally. offenders are not Given (24 hour Notice, they're right to be heard on a Right to Request witness/Evidence) by the R.D.U Committee. violating they're (Eighth, fifteenth Fourteenth Amendment). I appealed the decision made by the R.D.U Committee and D.H.O made on March 19th, 2025 to (pater R. BUCHHOLZ), Deputy Secretary of Institutions due to a time frame Violation and Committee violation. The appeal never made it to its destination due to Administration tampering and throwing it away. All this started over An(A-24) that I had been harrassed about Since filing my habeas corpus (January 27, 2025), I sent letters to the head secretary (leslie cooley) about all the Incidents occuring here with me out of retaliation. Including the disappearence of my app disciplinary appeal. ~~remember so much to get so far~~ when I wrote a request form to Cindy Haynes Turner South, and Bumgarner asking "Why Inmates did'nt see they're Committee Instead of D.HO? They Ignored my requests.

VI. REQUESTED RELIEF

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. YOU NEED NOT MAKE ANY LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.

~~[illegible crossed-out text]~~

A) Issue an Injunction ordering defendants to:
1) Release the plaintiff from (Icon) and place him In general population, with restoration of all rights and privileges
2) Expunge the disciplinary convictions described in the complait from the plaintiff's Institutional records

B) Award compensatory damages in the following amount:
1) $10,000 Jointly and Severally against defendants (Cindy haynes, charles bumgarner, and Turner south) for the punishment, Including deprivation of liberty and amenity, and emotional Injury resulting from their denial of due process In Connection with the plaintiff's disciplinary proceedings

C) Award punitive damages in the following amounts:
1) $10,000 each against defendants (Cindy haynes, Turner south, and Charles Bumgarner)

D) Grant such other relief as it may appear that plaintiff

_(blank lined page)_

Date: _____   Signature: *Mark Gomez*
                                Prison ID #: 1597827

INSTRUCTIONS FOR THE FILING OF A PRISONER CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

1. To commence an action in this Court, you must complete the attached form, Prisoner Civil Rights Complaint. When the complaint form is complete, you can submit it to the Clerk's Office for filing. The complaint form must be legibly handwritten or typed.

2. The original complaint form must be submitted to the Clerk for filing. If you want a copy of the form file-stamped and returned, submit an additional copy along with a postage-paid, self-addressed envelope.

3. Your complaint should be brought before this court only if one or more of the named defendants committed the act(s) or is located within this district. The counties comprising the Western District of North Carolina are as set out below by Division:

   | | |
   |---|---|
   | **Asheville Division:** | Avery, Buncombe, Burke, Cleveland, Haywood, Henderson, Madison, McDowell, Mitchell, Polk, Rutherford, Transylvania & Yancey counties. |
   | **Bryson City Division:** | Cherokee, Clay, Graham, Jackson, Macon and Swain counties. |
   | **Charlotte Division:** | Anson, Gaston, Mecklenburg & Union counties. |
   | **Statesville Division:** | Alexander, Alleghany, Ashe, Caldwell, Catawba, Iredell, Lincoln, Watauga and Wilkes counties. |

4. A separate complaint must be filed for each claim unless the claims are all related to the same incident or issue.

5. You must state the facts which support your claim. These facts should be presented on the complaint form and continued to additional pages only when necessary. The complaint does not need to contain legal argument or citations; it may contain only facts.

6. Filing Fee.
   a. Filing fee of $400.00 is due at the filing of the complaint.
   b. If you are unable to pay the filing fee, the complaint must be accompanied by an "Application To Proceed In District Court Without Prepaying Fees Or Costs" (form attached ).
      i. The court will review your application, if insufficient funds exist you may be permitted to conditionally proceed in forma pauperis, allowing your action to commence without the prepayment of fees. However, even if you are permitted to conditionally proceed in forma pauperis, you must comply with any further order of the court.
      ii. Pursuant to the Prisoner Litigation Reform Act (28 U.S.C. §1915), the court must collect an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits in your account or (b) the average monthly balance in your account for the six month period immediately preceding the filing of your complaint. After this initial partial filing fee is paid, you will be required to make monthly payments of 20 percent of the preceding month's income credited to your account. The court will order the agency having custody over you to set aside such amounts and forward payments from your account to the Clerk of Court each time the amount set aside in your account exceeds $10.00 until the filing fee is paid. The courts will order the agency having custody over you to send to the Clerk of Court a copy of your trust account statement for the last six months from your present and prior units of incarceration.

7. The complaint, filing fee or the application to proceed without prepayment of fee along with any other documents pertaining to the civil action should be sent to the Clerk of Court for the Western District of North Carolina at one of the following addresses:

   | Asheville Division | Charlotte Division | Statesville Division |
   |---|---|---|
   | 100 Otis St., Rm. 309 | 401 W. Trade St., Rm. 210 | 200 W. Broad St. |
   | Asheville NC 28801 | Charlotte NC 28202 | Statesville NC 28677 |

8. Notification of Change of Address: If your address changes, you must immediately notify this court in writing, failure to do so could result in dismissal of your action without notice to you.